# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY A. BLANCHARD,<br>    Plaintiff(s)<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Administration,<br>    Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:12-cv-30228 -MAP<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** for the plaintiff Jeffrey A. Blanchard, against the defendant Carolyn W. Calvin, Acting Commissioner of Social Security Administration, pursuant to the court's endorsed order entered this date, granting defendant's motion for remand and entry of judgment reversing the commissioner's decision.

                                             **ROBERT M. FARRELL**,
                                             Acting CLERK OF COURT

Dated:  July 22, 2013                        /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment (SSA- Routine - Remand)  .wpd - 11/98)
       [jgm.]